IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MESSAN AMETITOVI,<br><br>        Plaintiff,<br><br>vs.<br><br>OMAHA AREA HEALTH EDUCATIONAL CENTER, INC., and DOES 1-10<br><br>        Defendants. | **8:19CV181**<br><br>**ORDER** |

      Plaintiff has filed an Application to Proceed in District Court without Prepaying Fees or Costs ([Filing No. 4](#)). Upon review of the application, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

      **IT IS ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ([Filing No. 4](#)). is approved. Plaintiff may proceed in this matter without prepaying fees or costs.

      Dated this 26th day of April, 2019.

                                                               BY THE COURT:

                                                              s/ Michael D. Nelson<br>
                                                              United States Magistrate Judge